IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MINNIE HARRELL, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-2371 |
| § | |
| DYNAMIC INDUSTRIES § | |
| INTERNATIONAL, L.L.C., *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

The parties have filed an agreed protective order. Paragraphs 11 and 12 of the order must be revised to make it clear that under the case law, a higher good-cause showing is required to file documents under seal with the court than to designate them as confidential when they are exchanged in discovery. The paragraphs must be revised to state that when documents designated as confidential or for counsel only or attorneys' eyes only are filed with the court, they may initially be filed under seal but will not be maintained under seal unless the party designating them as confidential files a motion to do so. Such a motion must be filed 7 days after the filing, must show good cause for sealing the documents, and must state whether the opposing party contests filing the documents under seal.

The parties may file a revised agreed protective order no later than **December 17, 2010**.

SIGNED on November 17, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge